DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN JOHNSON** n/k/a **LAUREN WOODEN,**
Appellant,

v.

**ROBERT L. JOHNSON,**
Appellee.

No. 4D18-1287

[December 13, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502017DR009002XXXXMB-FA.

Barry Rigby of Law Offices of Barry Rigby, P.A., Orlando, for appellant.

Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***